# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**MARCUS DEWAYNE JACKSON,**

    **Petitioner,**

**v.**                                                                      **Case No. 3:24-cv-520-LC-MJF**

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 30, 2025. ECF No. 20. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a de novo determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.   The Magistrate Judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this Order.

2.   The amended petition for writ of habeas corpus, ECF No. 10, challenging Petitioner's judgment of conviction in *State of Florida v. Marcus Jackson*, Escambia County Circuit Court Case No. 2016-CF-3523, is **DENIED**.

3.   A certificate of appealability is **DENIED**.

4.   The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 9th day of June, 2025.

    *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**